THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERTO GARCIA, Defendant-Appellant.

(No. 56043;

First District (2nd Division)—April 3, 1973.

PER CURIAM.

1060

Gerald W. Getty, Public Defender, of Chicago, (Harry Missirlian, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Richard Silas, Assistant State's Attorney, of counsel,) for the People.